O

JS - 6

cc: order, docket, remand letter to
Los Angeles Superior Court, Southeast District, Norwalk
No. VC 059539

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SWEDO,<br><br>            Plaintiff,<br><br>    v.<br><br>LOWE'S COMPANIES, INC., a<br>North Carolina corporation;<br>LOWE'S HIW, INC., a<br>Washington corporation,<br><br>            Defendants. | Case No. CV 12-02179 DDP (JEMx)<br><br>**ORDER REMANDING CASE FOR LACK OF SUBJECT MATTER JURISDICTION** |

   Defendant removed this case to this court on the basis of diversity jurisdiction.  The parties discussed the amount in controversy before the court at the time of the scheduling conference on May 31, 2012.  Plaintiff alleges that she slipped at one of Defendant's stores and injured, and possibly broke, her wrist.  Plaintiff alleges that she has incurred approximately $5,000.00 in medical expenses, but claims she has no loss of earnings because she was working as her father's caregiver at the
///

time of the incident.  In light of the foregoing, the court finds that the amount in controversy requirement is not met, and remands this case to state court.  See 28 U.S.C. § 1331(a).

IT IS SO ORDERED.

Dated: June 1, 2012

DEAN D. PREGERSON
United States District Judge

2